UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA VECCHIO, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:16-cv-05165-ER-KNF ) |
| QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF PAUL B. MASLO

I, Paul B. Maslo, declare under 28 U.S.C. § 1746 as follows:

1. I am a Partner at Napoli Shkolnik PLLC, counsel for Maria Vecchio. I make this declaration based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's April 12, 2017 pre-motion letter.

3. Attached as Exhibit 2 is a true and correct copy of Defendants' April 17, 2017 response.

4. Attached as Exhibit 3 is a true and correct copy of the transcript of the May 3, 2017 hearing before Magistrate Judge Fox.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2017.

/s/ Paul B. Maslo