**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/11/2017
```

| | |
|---|---|
| MARIA VECCHIO, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:16-cv-5165-ER-KNF ) |
| QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL OF COUNTS II, IV, V, AND VI
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

The Complaint [Dkt. No. 1] contains six counts: failure to pay minimum wage under the Fair Labor Standards Act ("FLSA") (Count I); failure to pay minimum wage under New York Labor Law § 652 (Count II); failure to pay overtime under the FLSA (Count III); failure to pay overtime under New York Labor Law § 652 (Count IV); failure to pay spread-of-hours under New York Labor Law § 652 (Count V); and violation of the Wage Theft Prevention Act, New York Labor Law § 195 (Count VI).

In the interest of stream-lining the issues in this matter, the parties stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the voluntary dismissal of Counts II, IV, V, and VI, leaving only Counts I and III under the FLSA.

DATED: October 10, 2017

| BAKER & MCKENZIE LLP | NAPOLI SHKOLNIK PLLC |
|---|---|
| */s/ Arthur J. Rooney* | */s/ Paul B. Maslo* |
| Arthur James Rooney (admitted *pro hac vice*) | Paul B. Maslo |
| Robert Paul Lewis | 360 Lexington Avenue, 11th Floor |
| Laura Elsie Zabele | New York, NY 10019 |
| 300 East Randolph Drive, Suite 5000 | Tel: (212) 397-1000 |
| Chicago, IL 60601 | Fax: (646) 843-7603 |
| Tel: (312) 861-2855 | E-mail: pmaslo@napolilaw.com |
| Fax: (312) 698-2398 | |
| E-mail: arthur.rooney@bakermckenzie.com | *Counsel for Plaintiffs* |
| robert.lewis@bakermckenzie.com | |
| laura.zabele@bakermckenzie.com | |
| *Counsel for Defendants* | |

**IT IS SO ORDERED**

_____
Hon. Edgardo Ramos

Date: 10/11/2017