UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, on behalf of herself and )
all others similarly situated,            )
                                          )
                Plaintiff,                ) Case No. 1:16-cv-05165-ER-KNF
                                          )
        vs.                               )
                                          )
QUEST DIAGNOSTICS, INC., EXAMONE          )
WORLD WIDE, INC., and EXAMONE,            )
LLC,                                      )
                                          )
                Defendants.               )

I, Jordan Walker, declare under 28 U.S.C. § 1746 as follows:

1. I am a putative FLSA opt-in Plaintiff in this action. I make this declaration based on my personal knowledge and I am competent to testify regarding its contents.

2. I worked as a medical examiner for Quest Diagnostics, Inc., ExamOne World Wide, Inc., and ExamOne, LLC (collectively, "Defendants") in Charlotte, North Carolina from early 2014 to February 2015.

3. Defendants classified me as an employee.

4. As a medical examiner, my job entailed performing medical exams on people for purposes of obtaining life insurance. Generally during these exams I collected data about the person's height, weight, and medical history. I also collected blood and urine samples.

5. I was paid by the appointment.

6. To get ready for an appointment I called the people who were scheduled to be examined, printed out the required paperwork, and gathered the supplies I need for the day. I was not paid for any of this work.

7. After my appointments were complete for the day, I had to spin down blood, prepare it to be shipped, drive to a Fed-Ex to drop off the packaged blood, and upload all the completed paperwork for the day. I also had to review the paperwork to make sure the applicant had completed it correctly. I was not paid for any of this work.

8. In an average day, I spent a significant amount of time preparing for my appointments, traveling between appointments, and doing post-appointment work. This does not count the time I actually spent in applicants' homes. I was not compensated for any of this work.

9. Because of this off-the-clock time, I have not made minimum wage and/or overtime.

10. I feel Defendants deliberately paid their examiners by the appointment and made them do unpaid work to save themselves money.

11. I was told by Defendants that I could make a decent amount of money and that I would receive an hourly rate. Instead, I was paid by the appointment, had all sorts of work to do at home, and was spending a good portion of my wages just on work expenses. I had to leave it got so bad. This was really disappointing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2017 in Rutherfordton NC

Jordan Walker

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, on behalf of herself and )
all others similarly situated, )
)
     Plaintiff, )Case No. 1:16-cv-05165-ER-KNF
)
  vs. )
)
QUEST DIAGNOSTICS, INC., EXAMONE )
WORLD WIDE, INC., and EXAMONE, )
LLC, )
)
     Defendants. )

I, Patrice Walker, declare under 28 U.S.C. § 1746 as follows:

1. I am a putative FLSA opt-in Plaintiff in this action. I make this declaration based on my personal knowledge and I am competent to testify regarding its contents.

2. I worked as a medical examiner for Quest Diagnostics, Inc., ExamOne World Wide, Inc., and ExamOne, LLC (collectively, "Defendants") in Dallas, Texas from January 2016 to June 2016.

3. Defendants classified me as an employee.

4. As a medical examiner, my job entailed performing medical exams on people for purposes of obtaining life insurance. Generally during these exams I collected data about the person's height, weight, and medical history. I also collected blood and urine samples.

5. I was paid by the appointment.

6. To get ready for an appointment I called the people who were scheduled to be examined, printed out the required paperwork, and gathered the supplies I need for the day. I was not paid for any of this work.

7. After my appointments were complete for the day, I had to spin down blood, prepare it to be shipped, drive to a Fed-Ex to drop off the packaged blood, and upload all the completed paperwork for the day. I also had to review the paperwork to make sure the applicant had completed it correctly. I was not paid for any of this work.

8. In an average day, I spent a significant amount of time preparing for my appointments, traveling between appointments, and doing post-appointment work. This does not count the time I actually spent in applicants' homes. I was not compensated for any of this work.

9. Because of this off-the-clock time, I have not made minimum wage and/or overtime.

10. I feel Defendants deliberately paid their examiners by the appointment and made them do unpaid work to save themselves money.

11. I was told when I took this job that I would be paid a decent amount of money. Instead I worked all day, spent my own money on gas and office supplies and I'm not sure if I made any money. Eventually, I had to leave. I think this company just takes advantage of its employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2017 in Desoto, Texas

Patrice Walker

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, on behalf of herself and )
all others similarly situated, )
                                                                )
                  Plaintiff, )   Case No. 1:16-cv-05165-Er-KNF
                                                                )
vs. )
                                                                )
QUEST DIAGNOSTICS, INC., EXAMONE )
WORLD WIDE, INC., and EXAMONE, )
LLC, )
                                                                )
                 Defendants. )

I, Janet Wehrli, declare under 28 U.S.C. § 1746 as follows:

1. I am a putative FLSA opt-in Plaintiff in this action. I make this declaration based on my personal knowledge and I am competent to testify regarding its contents.

2. I have worked as a medical examiner for Quest Diagnostics, Inc., ExamOne World Wide, Inc., and ExamOne, LLC (collectively, "Defendants") in Omaha, Nebraska from August 2015 to the present.

3. Defendants classify me as an employee.

4. As a medical examiner, my job entails performing medical exams on people for purposes of obtaining life insurance. Generally during these exams I collect data about the person's height, weight, and medical history. I also collect blood and urine samples.

5. I am paid by the appointment.

6. To get ready for an appointment I call the people who were scheduled to be examined, print out the required paperwork, and gather the supplies I need for the day. I am not paid for any of this work.

7. After my appointments are complete for the day, I have to spin down blood, prepare it to be shipped, drive to a Fed-Ex to drop off the packaged blood, and upload all the completed paperwork for the day. I also have to review the paperwork to make sure the applicants have completed it correctly. I am not paid for any of this work.

8. In an average day, I spend a significant amount of time preparing for my appointments, traveling between appointments, and doing post-appointment work. This does not count the time I actually spent in applicant's homes. I am not compensated for any of this work.

9. Because of this off-the-clock time, I have not made minimum wage and/or overtime.

10. I feel Defendants deliberately pay their examiners by the appointment and make them do unpaid work to save themselves money.

11. The paperwork and travel just ended up being overwhelming. It just took up so much time and printing and the driving costs were so expensive. Defendants were also routinely late in paying me wages. I've recovered $800 in money owed me just by going back through my work and bringing it to their notice. These companies don't care about us at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2017 in OMAHA, NE

*/s/ Janet Wehrli*
Janet Wehrli

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA VECCHIO, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:16-cv-05165-ER-KNF ) |
| vs. | ) ) |
| QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE, LLC, | ) ) ) ) |
| Defendants. | ) ) |

I, Carmilla Young, declare under 28 U.S.C. § 1746 as follows:

1. I am a putative FLSA opt-in Plaintiff in this action. I make this declaration based on my personal knowledge and I am competent to testify regarding its contents.

2. I have worked as a medical examiner for Quest Diagnostics, Inc., ExamOne World Wide, Inc., and ExamOne, LLC (collectively, "Defendants") in Valentino, North Carolina from December 2016 to the present.

3. Defendants classify me as an employee.

4. As a medical examiner, my job entails performing medical exams on people for purposes of obtaining life insurance. Generally during those exams I collect data about the person's height, weight, and medical history. I also collect blood and urine samples.

5. I am paid by the appointment.

6. To get ready for an appointment I call the people who were scheduled to be examined, print out the required paperwork, and gather the supplies I need for the day. I am not paid for any of this work.

7. After my appointments are complete for the day, I have to spin down blood, prepare it to be shipped, drive to a Fed-Ex to drop off the packaged blood, and upload all the completed paperwork for the day. I also have to review the paperwork to make sure the applicant has completed it correctly. I am not paid for any of this work.

8. In an average day, I spend a significant amount of time preparing for my appointments, traveling between appointments, and doing post-appointment work. This does not count the time I actually spend in applicants' homes. I am not compensated for any of this work.

9. Because of this off-the-clock time, I have not made minimum wage and/or overtime.

10. I feel Defendants deliberately pay their examiners by the appointment and make them do unpaid work to save themselves money.

11. I signed on with this company because I was told I would make a good hourly rate. Instead I am working all the time and hardly getting paid for any of it. I also

2

spend so much money on my job between the gas and the printing. I think this is all very unfair to us examiners.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2017 in Concord, N. Carolina

Carmilla Young

3