```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA VECCHIO, individually and on behalf of all
others similarly situated,

          Plaintiff,

   -against-

QUEST DIAGNOSTICS INC., EXAMONE,
WORLD WIDE INC., and EXAMONE LLC,

          Defendants.
------------------------------------------------------------X

ORDER

16-CV-5165 (ER)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic status conference was held with counsel to the respective parties on October 24, 2017. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that, following the resolution of the outstanding motion for "Conditional Certification of the Fair Labor Standards Act Collective and Issuance of Court-Approved Notice," docket entry no. 513, the parties shall confer and, thereafter, submit to the Court a proposed case management order covering all pretrial activities that must ensue following the resolution of the motion.

Dated: New York, New York
       October 25, 2017

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE