# EXHIBIT F

# Employee Handbook Compensation Policies

NS-Vecchio.Maria-000442

## *Holiday Pay*

o Regular employees who are scheduled to work 20 hours or more each week are eligible to be paid for each observed holiday, regardless of their work schedule.
o Non-exempt employees who work on the observed holiday will be paid their regular pay plus holiday premium (50% of base rate of pay) for all hours worked during the holiday zone. This is in addition to the holiday pay, if the employee is eligible, for a total of 2.5 times.
o Exempt employees receive their regular salary and are not eligible for additional holiday pay or premium for work on the observed holiday.
o Holiday benefit hours (holiday not worked) will not include shift differentials and will not count toward the calculation of overtime or the calculation of double time.
o A holiday that occurs on a weekend may be observed on either the preceding Friday or the following Monday and will be designated by the company.


## *Overtime*

o Quest Diagnostics will pay overtime, as required by law, when non-exempt employees work more than 40 hours in a work week.  Non-exempt employees are paid one and one-half times the regular hourly rate for all hours worked in excess of 40 hours in a work week, except where applicable state wage and hour laws require otherwise.  The regular hourly rate includes base rate plus differentials.
o In states that do not pay daily overtime, any overtime hours worked on the seventh consecutive day of the work week (this can only be on a Saturday) that exceed 40 hours will be paid at a rate of two times the regular hourly rate for the seventh day only.
o Overtime hours are paid through additional compensation, not through personal time off.
o Employees must obtain approval from their manager before working overtime.
o Employees who work overtime without their manager's permission will be paid, but will be subject to progressive corrective action.
o Employees refusing to work overtime, when required, may be subject to progressive corrective action.
o Exempt employees are expected to work hours as necessary to accomplish assigned tasks and will not receive payment for hours worked beyond 40 hours in a work week.
o Some states may require different calculations of overtime.  In such instances, Quest Diagnostics will comply with state law.

NS-Vecchio.Maria-000450