## DECLARATION OF MACHEALL AMADOR

I, Macheall Amador, based on my personal knowledge, state as follows:

1.      I have been employed by ExamOne LLC ("ExamOne") as a Mobile Examiner since October 2013.  I am based out of the ExamOne office in Austin, Texas.  My Branch Manager is Charlotte Wallace.  I have always been classified as an employee at ExamOne.

2.      My works hours at ExamOne vary week to week depending on what work is available.  I usually work somewhere around 15 hours a week.  I have never worked over 40 hours in a week at ExamOne.  In fact, I almost always work less than 20 hours a week.

3.      As a Mobile Examiner, I primarily perform mobile medical exams at patients' homes or workplaces.  I also do exams at a Walmart health fair a few times per year.

4.      To record my hours worked, I call a 1-800 number (TeleTime) and enter my employee number and password.

5.      When I work at the health fairs, ExamOne pays me a flat fee of $120 to work at the health fair for four (4) hours.  To record my time at the health fairs, I call a 1-800 number (but not the normal TeleTime number) to clock in when I arrive at the health fair and to clock out when I leave the health fair.

6.      When I do mobile medical exams, I clock in when I leave my house and clock out when I get back home.  So I'm on the clock while I'm traveling to and from exams and while I'm doing the exams.  If I have a long period of time between exams (a few hours), I'll clock out and then clock back in when I start driving to my next exam.

7.      I'm paid a flat fee per mobile medical exam.  The fee varies depending on the type of exam the patient needs.  The mobile medical exams usually take me 15 – 40 minutes to complete.

8.      The day before my mobile medical exams, I'll call or text the patients to confirm their appointments and print out the paperwork for each exam.  How long this process takes me depends on the number and type of exams I have the next day.  Some exams, for example, have more paperwork than others.  This pre-exam work can take me anywhere from 10 minutes to 40 minutes to complete.  I do not clock in when I'm doing this work.

9.      When I get home from exams, I spin the blood, fax the paperwork to ExamOne, complete and close out the exams in the ExamOne system online, package each exam, and then call FedEx to pick up the packages from my house.  Like my pre-exam work, how long this post-exam work takes varies depending on the number and type of exams I performed.  This work usually takes me 30 – 45 minutes to complete.  I do not record this time.

*MA*

10.     I do not clock in while doing the pre-exam and post-exam work because I'm not paid any extra for this time.  It's part of the mobile exam and the flat fee covers this work.  So I don't see the need to record this time.

11.     I buy my own printer ink and paper.  ExamOne provides me everything else I need to do my job.  If I need any supplies, I call my branch office and ExamOne will ship whatever I need to my house.  I can also pick up supplies at the branch office.

12.     At ExamOne, no one has ever asked me to do any work while "off the clock." And no one at ExamOne has ever told me that I should not record all of my hours worked.

13.     I have personal knowledge of the facts contained in this declaration, and if called upon I could and would testify to the truth of those facts.  I agreed to speak with the attorneys representing ExamOne voluntarily.  No one coerced me to sign this declaration.  Before speaking with me, the attorneys for ExamOne explained to me that I did not need to speak with them, and that I could stop the discussion at any time.  The attorneys for ExamOne informed me that my employment with ExamOne would not be affected regardless of what I told them, or if I decided I did not want to speak with them.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 13, 2017 in Austin, Texas.

Macheall Amador