## DECLARATION OF STEVEN KOMALA

I, Steven Komala, based on my personal knowledge, state as follows:

1. I have been employed by ExamOne LLC ("ExamOne") as a mobile medical examiner since May 2015. I work out of the ExamOne office in Austin, Texas, and my branch manager is Charlotte Wallace.

2. At ExamOne, I can work as much or as little as I want. I usually work 4-5 hours per day 6 days a week. But my hours can fluctuate based on the amount of work that's available. I'd like to work more hours for ExamOne but there's simply not enough work available to do so. Although I'd like to work overtime, I do not recall ever working more than 40 hours in a week for ExamOne.

3. I record my hours worked by calling a 1-800 number and entering my employee ID and password.

4. As a mobile medical examiner, I perform exams at patients' homes for life insurance (or mobile exams). I'm paid a set fee per mobile exam, which varies based on the type of exam the patient needs. I usually perform the exams within a 10-mile radius of my zip code and most exams take me 20-35 minutes to complete. If I have to travel farther or pay for parking, I'll get a bonus to cover the mileage or cost of parking.

5. When I do mobile exams, I clock in through the 1-800 number when I leave my house and stay clocked in while I travel to and from exams, while I perform the exams, and while I do the post-exam work.

6. When I get home from exams, I complete the paperwork for each patient, spin the blood, scan and upload the documents to the ExamOne portal, and package everything up for FedEx (FedEx picks up the packages from my house). This post-exam work usually takes about 20-30 minutes to complete. Once I'm done with this work, I clock out through the 1-800 number.

7. The day before mobile exams, I'll call the patients to confirm their appointments and print out the paperwork for each exam. This pre-exam work takes about 10-15 minutes. I do not clock in for this pre-exam work.

8. In addition to doing exams at patients' homes, I do exams at health fairs for ExamOne. When I work at a health fair, I'm paid $25 per hour. I clock in once I get to the health fair and clock out when I leave and am done working for the day.

9. At ExamOne, I also do drug screening, alcohol test, and emergency alcohol and drug testing. When I do drug screening, I'm paid a minimum of $90 for up to six patients and $15 extra for each additional patient. I also am paid for my mileage. For alcohol test, I am paid $35 per patient plus my mileage. For emergency testing (e.g., performing drug and alcohol tests on employees at the Austin airport), I am paid $195 per emergency call plus my mileage.

10. When I do drug screening, alcohol test, and emergency test, I clock in when I leave my house and clock back in when I get home. There's no pre- or post-exam work for drug screening, alcohol test, or emergency test.

11. At ExamOne, no one has ever asked me to do any work while "off the clock." That is, I've never been told not to record my hours worked.

12. I do not need to purchase any supplies to perform my work at ExamOne. Whenever I need anything, I just call the Austin office (the front desk or Charlotte) and tell them what I need. ExamOne will then ship the supplies to my house.

13. I have personal knowledge of the facts contained in this declaration, and if called upon I could and would testify to the truth of those facts. I agreed to speak with the attorneys representing ExamOne voluntarily. No one coerced me to sign this declaration. Before speaking with me, the attorneys for ExamOne explained to me that I did not need to speak with them, and that I could stop the discussion at any time. The attorneys for ExamOne informed me that my employment with ExamOne would not be affected regardless of what I told them, or if I decided I did not want to speak with them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2017 in Austin, Texas.

_____
Steven Komala

2

SK