UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, on behalf of herself and )
all others similarly situated, )
)
        Plaintiff, )
)
   vs. ) No. 1:16-cv-05165-ER-KNF
)
QUEST DIAGNOSTICS, INC., EXAMONE )
WORLD WIDE, INC., and EXAMONE, )
LLC, )
)
        Defendants. )

I, Patrice Walker, declare under 28 U.S.C. § 1746 as follows:

1. I am a putative FLSA opt-in Plaintiff in this action. I make this declaration based on my personal knowledge and I am competent to testify regarding its contents.

2. I worked as a medical examiner for Quest Diagnostics, Inc., ExamOne World Wide, Inc., and ExamOne, LLC (collectively, "Defendants") in Dallas, Texas from January 2016 to June 2016.

3. I spent all of my time working as a mobile medical examiner. In that role, I was paid by the appointment and did not receive an hourly wage.

4. I did not work at health fairs.

5. I never had appointments at the office.

6. I recorded work hours by calling into the TeleTime system. I was instructed to call when I left the house in the morning and when I returned home after my appointments. I was instructed not to be clocked-in for my at-home work. Thus, the time I spent doing pre- and post- appointment work was not recorded in the TeleTime system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2017 in DeSoto, TEXAS

Patrice Walker