UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA VECCHIO, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:16-cv-ER-KNF ) |
| QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

I, Maria Vecchio, declare under 28 U.S.C. § 1746 as follows:

1. I am the named Plaintiff in this action. I make this declaration based on my personal knowledge and I am competent to testify regarding its contents.

2. I have worked as a medical examiner for Quest Diagnostics, Inc., ExamOne World Wide, Inc., and ExamOne, LLC (collectively, "Defendants") in New York, New York from January 2014 to October 2016.

3. I spent almost all of my time working as a mobile medical examiner. In that role, I was paid by the appointment and did not receive an hourly wage.

4. In most months, I did not work at any health fairs.

5. I never had appointments at the office.

6. I recorded work hours by calling into the TeleTime system. I was instructed to call when I left the house in the morning and when I returned home after my appointments I was instructed not to be clocked-in for my at-home work. Thus, the time I spent doing pre- and post-appointment work was not recorded in the TeleTime system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2017 in New York, New York.

_Maria Vecchio_ (signature)