IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA VECCHIO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br>    Defendants. | No. 1:16-cv-05165-ER-KNF |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by the attorneys for Maria Vecchio. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:  22-May-2018

Print Name:  MARTHA CAMPBELL

Signature:  MARTHA CAMPBELL

Date of Birth:  REDACTED

Address:  1224 BARK RIDGE CIR

    HOPKINSVILLE, KY, 42240-5153

Telephone:  2708891454

Email:  MACAMPBELL@TWC.COM

4

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 25, 2018, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Paul B. Maslo*