IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA VECCHIO, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br>               Defendants. | No. 1:16-cv-05165-ER-KNF |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by the attorneys for Maria Vecchio. I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date Signed: | 02-Aug-2018 |
| Print Name: | JUSTIN HARRISON |
| Signature: | JUSTIN HARRISON |
| Date of Birth: | REDACTED |
| Address: | 295 RYAN AVE |
| | MOUNTAIN HOUSE, CA 95391-1111 |
| Telephone: | 925/339-6195 |
| Email: | JRH2023@GMAIL.COM |

4

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 6, 2018, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Paul B. Maslo*