IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, individually and on behalf of all others similarly situated,

Plaintiff,
v.

QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,

Defendants.

No. 1:16-cv-05165-ER-KNF

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by the attorneys for Maria Vecchio. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: 7/27/18
Print Name: Patrick Miller
Signature: /s/ Patrick Miller
Date of Birth: _____
Address: 2623 Ambergate Rd
Winter Park FL
32792
Telephone: 386 682 0963
Email: pmiller5595@icloud.com

QUD106212

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 6, 2018, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Paul B. Maslo*