IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA VECCHIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br>Defendants. | No. 1:16-cv-05165-ER-KNF |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by the attorneys for Maria Vecchio. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: 8-1-18

Print Name: Danell Heller

Signature: Danell Heller

Date of Birth: ___

Address: 9210 N Kirkwood Ave
KC MO 64154

Telephone: 816-442-9546

Email: smiles72064@yahoo.com

QUD101786                                    4

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on September 28, 2018, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Paul B. Maslo*