UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MARIA VECCHIO, individually, and : Civil Case No.:1:16-cv-~~01565~~ 5165 (ER)(KNF)
on behalf of all others similarly-
situated,
:
            Plaintiff,       : [~~PROPOSED~~ *KNF U.S.M.J.*] ORDER
:
      - against -            :
:     USDC SDNY
QUEST DIAGNOSTICS INC.,      :     DOCUMENT
EXAMONE WORLD WIDE, INC., and :    ELECTRONICALLY FILED
EXAMONE LLC,                 :     DOC #: _____
:                                  DATE FILED 7/8/19
            Defendants.      :
---------------------------------------- x

By a letter dated July 2, 2019, the parties proposed a joint revised schedule that would allow additional time to complete depositions and conduct expert discovery. The schedule is revised as follows:

1. The Supplemental Civil Case Discovery Plan and Scheduling Order (Docket Entry No. 3141) is incorporated herein by reference.

2. On or before August 26, 2019, all fact discovery shall be completed;

3. On or before September 9, 2019, the Plaintiffs' expert report(s) shall be served;

4. On or before October 7, 2019, the Defendants' expert report(s) shall be served;

5. On or before October 28, 2019, depositions of expert witnesses shall be completed; ~~and~~ (*KNF U.S.M.J.*)

6. ~~On or before November 11, 2019, any~~ Any (*KNF U.S.M.J.*) motion to decertify the collective action or dispositive motion shall be made *in accordance with the assigned district judge's Individual Rules of Practice;* (*KNF U.S.M.J.*)

SO ORDERED:

Dated: New York, New York
       July 8, 2019
                                    /s/ Kevin Nathaniel Fox
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE

and 7. If no motion is made, as contemplated in paragraph 6, the parties shall submit their joint pretrial order to the court on or before November 27, 2019. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge. (*KNF U.S.M.J.*)