UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x

MARIA VECCHIO, individually, and
on behalf of all others similarly-
situated,

                 Plaintiff,

- against -

QUEST DIAGNOSTICS INC.,
EXAMONE WORLD WIDE, INC., and
EXAMONE LLC,

                 Defendants.

------------------------------------------ x

Civil Case No.:1:16-cv-05165 (ER)(KNF) 

[~~PROPOSED~~] ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 9/5/19

    By a letter dated August 23, 2019, the parties proposed a joint revised schedule that would allow additional time to complete depositions. The schedule is revised as follows:

    1.    The Supplemental Civil Case Discovery Plan and Scheduling Order (Docket Entry No. 3141) and this Court's July 8, 2019 Order (Docket Entry No. 3154) are incorporated herein by reference.

    2.    On or before October 26, 2019, all fact discovery shall be completed.

    3.    All other deadlines remain in place.

                                SO ORDERED:

Dated: New York, New York
       ~~August~~ September 5, 2019

                                _/s/ Kevin Nathaniel Fox_
                                KEVIN NATHANIEL FOX
                                UNITED STATES MAGISTRATE JUDGE