# EXHIBIT 2

CONFIDENTIAL



# ExamOne Examiner Communication for On-Call Employed Examiners

QUEST000973

CONFIDENTIAL

## Employee Pay

- [ ] Pay
  - [ ] Fee for service
  - [ ] Hourly wage used for training and work in the office
  - [ ] Pay subject to applicable payroll taxes
    - [ ] FICA (in 2014, 7.65%) with employer match versus Self-Employment (15.3%)
    - [ ] Income tax withholding
  - [ ] Receive bi-weekly paycheck (calendar in appendix)
  - [ ] Branch manager will establish fee schedules based upon factors including your previous six months of fees paid

Confidential – Do not copy or distribute | 6

Quest Diagnostics

QUEST000978