# EXHIBIT 5

# About Workforce TeleTime

The **telephone** timekeeping system **non-exempt** employees will use to:

- Record start and stop times, meals, and department transfers
- Enter time off hours
- Make inquiries regarding their:
  - Daily schedule
  - Weekly schedule
  - Time off (accrual) balances
  - Total hours
  - Last time stamp



**Employees should call from a Quest Diagnostics site.**

QUEST000001

1

# Accessing Workforce TeleTime

1. From any phone, dial the 1-800-469-5886. *A welcome message prompts you for your employee ID.*

2. Use the key pad to enter your **Employee ID** (including any leading zeros), then press the # (pound) key. Example: 065432#

3. Enter your password (initially this will be **123456**, then press #, e.g., 123456#. *The system prompts you to create a new password at least six numbers in length.*

4. After changing your password and then confirming your new password, follow the menu options described on the following slide. Menu options change according to the time of day.

   - After you become familiar with the voice prompts, you can just enter your login information and a menu option instead of listening to each voice prompt.

5. Press the # key to log out or just hang up after you are finished.

QUEST000002

2



**Keeping your time**
*"up to the minute"*

# TeleTime Job Aid – Mobile Examiners

As a mobile examiner, you will use the Workforce TeleTime phone system to record your working hours (in/out punches).

- Record your time as soon as you begin travel to your first appointment because your home is your 'place of work'.
- If you will be returning home after your first appointment, punch out as soon as you arrive home. If travel to your second appointment of the day starts/ends at home, punch in as you are leaving home and punch out when you return home.
- If you are going immediately from your first appointment to your second appointment of the day, remain punched in until all sequential appointments are completed.
- If you have a gap between appointments, you are free to use this time as you wish, therefore you should punch out when you complete your appointment and punch back in when you begin to travel to your next appointment.
- If you are working in the branch as an hourly employee, use TeleTime to clock in when you arrive and clock out when you leave.

**Example:**

Your appointments for Monday are at 9:00 a.m., 11:30 a.m., 2:30 p.m., and 3:15 p.m.

- Punch in when you leave for your 9:00 a.m. appointment and punch out when you return home.
- Punch in again when you leave for your 11:30 a.m. appointment. You will be running errands and eating lunch, so punch out when you complete your 11:30 appointment. The time you punch out will also be considered the beginning of your meal period.
- Punch in when you start to travel to your 2:30 p.m. appointment and since your 2:30 p.m. and 3:15 p.m. appointments are back to back, do not punch out until you arrive home after your 3:15 p.m. appointment.

## Punch In/Out Procedure

1. From any phone, dial the 1-800-469-5886. *A welcome message prompts you for your employee ID.*

2. Use the key pad to enter your **employee ID** (including any leading zeros), then press the pound (#) key.
   Example: 065432#

3. Enter your password (initially this will be **123456**), then press the # key. *The system prompts you to create a new password at least six numbers in length.* **Note:** This step does **NOT** require you to call SAM for password reset.

4. After changing your password and then confirming your new password, you will need only to enter "1#" to punch in or out, **or** follow the menu options, which change according to the time of day. These options are shown on page 2 of this job aid.

   - After you become familiar with the voice prompts, you can just enter your login information and option numbers instead of listening to each voice prompt.

**Dial 1-800-469-5886. After entering your Employee ID (including leading zeros) and password...**

| Press Menu Option… | Then… |
|---|---|
| 1  Record Time Stamp | Press # to record your arrival or departure for the day or for meals. |
| 2  Labor Account Transfer | Enter the labor entry code for labor level [the department number to which you are transferring temporarily], then press #. |
| 3  Inquiry menu | **1 Single Day's Schedule** — Enter the date for which you'd like to hear the schedule, e.g., 0504, then press #. <br> **2 Week's Schedule** — Enter the starting date, e.g., 0504, then press #. <br> **3 Accruals Balances*** <br> **4 Total Hours** <br> **5 Last Time Stamp** <br> * The time off balance may vary slightly from the pay check balance due to rounding. |
| 4  Personal Options menu | **1 Change password** <br> **3 Record name** <br> Other Options: <br> \* Help <br> # Disconnect or Return to previous menu |



**Important!** New employees will be automatically enrolled in the **SAM** Telephone password reset option. They do not have to register a SAM Profile on a PC to use the telephone password reset option.

**Password Reset via SAM**
**ONLY if your forget your password**

1. Call Secure Access Manager (SAM) at 1-877-537-8378, Option 2, answer the security questions, and then follow the prompts for resetting your TeleTime password. Be sure to write down this temporary password.

   Note: The new SAM temporary password is used as a one time password the first time you call into TeleTime after reset.

   Allow approximately 15 minutes for SAM to reset the temporary password before calling TeleTime again.

2. Call the TeleTime 1-800-469-5886, and when prompted, enter the temporary password provided by SAM.

   Once you provide the temporary SAM password, the system will prompt you to set up a new permanent TeleTime password (entered twice for confirmation). This creates your new permanent password within TeleTime. You can either proceed to record your TeleTime information or simply hang up.

   Note: If you were unable to punch in or out due to a forgotten password, make sure to record the correct punch on the Workforce Central Adjustment Log located on the intranet under:

   **employee center > Workforce Central > Documentation and Training > Forms**

# TeleTime Password Reset

**IMPORTANT! New** employees will be automatically enrolled in the SAM **Telephone** Password Reset option. They do **not** have to register a SAM Profile via a PC to use this password reset option.

If you forget your password:

1. Call Secure Access Manager (**SAM**) at **1-877-537-8378, Option 2**, answer the security questions, and then follow the prompts for resetting your TeleTime password.

2. Call **TeleTime**, and when prompted, enter the temporary password provided by SAM and then change the password.

> **Note:** Please wait about 15 minutes before trying to access TeleTime **after** requesting a password reset.

QUEST000005

5

# Who to Contact

| If the Issue is… | Then… |
|---|---|
| An **employee** has a question about his or her timecard or schedule | The **employee** should contact his or her manager or supervisor |
| A **manager/supervisor** "How to" Question, e.g., "How do I enter a comment for a late punch?" | The **manager** should contact Corporate Payroll Services at 1-877-783-7353 |
| A **manager** can't answer an employee's question | The **manager** should contact Corporate Payroll Services at 1-877-783-7353 |
| System Unavailable Message* | Contact the **IT Service Desk** at 1-877-537-8378 |

*****Don't forget!** During restricted hours, **only punch activities** (Time Stamp and Department Transfers) are available. If you try accessing a **non**-punch activity (e.g., entering hours or making inquiries) during these hours and it is unavailable, it **does not mean that the system is unavailable**.

QUEST000006

6