# EXHIBIT 6



**Independent Contractor Agreement**

A Quest Diagnostics Subsidiary

THIS AGREEMENT, dated __NOV 29, 2013__, is entered into between __MARIA R. VECCHIO__ ("Contractor") and ExamOne World Wide, Inc., a Pennsylvania corporation ("ExamOne").

**1.    SCOPE OF SERVICES**

ExamOne is in the business of providing paramedical examination and information collection services (collectively the "Services") to insurance companies (individually a "Client" or collectively "Clients") and to Quest Diagnostics for certain of its laboratory testing clients. Contractor also is in the business of providing such Services, and represents that Contractor and any person acting through or under Contractor ("Delegate") possesses the necessary technical and professional qualifications, licenses and certifications, and desires to provide such Services to and as a contractor of ExamOne.

**2.    FEE FOR SERVICE**

The Contractor shall be paid an agreed upon fee-for-service for each completed examination Service, which shall be paid as follows:

Contractor shall be paid a set fee for each service provided on behalf of ExamOne, as defined in the attached Fee Schedule (Attachment A). In the event a service to be provided by Contractor is not included on the Fee Schedule Contractor shall be paid __38__ % of the portion of the fee ExamOne bills to and collects from Clients allocated to the specific services performed under this Agreement. Contractor understands that the fees ExamOne charges Clients may change from time to time by agreement between ExamOne and Clients.

Contractor shall be paid said fees on a semi-monthly basis, with payments currently scheduled on the 24th day of each month for Services completed during the first half of the month, and the 9th day of each month for Services completed during the last half of the previous month. Upon no less than thirty (30) days notice ExamOne reserves the right to notify Contractor of proposed changes to the payment schedule. Such change shall become effective upon the effective date of the change identified in the notice unless Contractor responds to ExamOne prior to the effective date, objecting to any such change. If Contractor timely objects to the change, the parties shall seek to negotiate a mutually acceptable change.

**3.    PROFESSIONAL LIABILITY**

Professional Liability insurance will be provided by ExamOne, the cost of which shall be deducted from each payment made to Contractor. As of the date of this Agreement, the current fee for Professional Liability insurance is two and one quarter percent (2.25%) of the amount billed by ExamOne for Services completed by Contractor. Upon no less than thirty (30) days notice ExamOne reserves the right to notify Contractor of proposed changes to the foregoing fee. Such change shall become effective upon the effective date of the change identified in the notice unless Contractor responds to ExamOne prior to the effective date, objecting to any such change. If Contractor timely objects to the change, the parties shall seek to negotiate a mutually acceptable change.

**4.    KITS AND SUPPLIES**

Laboratory kits will be supplied to Contractor by ExamOne. Kit usage will be monitored. If a significant discrepancy is found between kits supplied versus kits used a deduction may be made from the Contractor's fee payments. Contractor will provide the equipment and tools necessary to perform the Services, with the exception of examination forms, which are furnished by ExamOne or Clients of ExamOne. Upon mutual agreement of the parties, ExamOne may lend specific equipment of a specialized nature to the Contractor for use only in performing Services for ExamOne. As compensation for the use of any such loaned equipment, as well as for the use of minor medical or office supplies which may be provided from time to time by ExamOne, Contractor shall pay to ExamOne an administrative fee in the amount of one quarter of one percent (.25%) of the amount billed by ExamOne for services completed by Contractor, which shall be deducted from each payment made to Contractor. Upon no less than thirty (30) days notice ExamOne reserves the right to notify Contractor of proposed changes to the foregoing fee. Such change shall become effective upon the effective date of the change identified in the notice unless Contractor responds to ExamOne prior to the effective date, objecting to any such change. If Contractor timely objects to the change, the parties shall seek to negotiate a mutually acceptable change. Upon termination of this

Agreement, or upon the request of ExamOne, Contractor will return any supplies provided by ExamOne, as well as any equipment loaned by ExamOne to Contractor promptly. If Contractor fails to return any supplies and loaned equipment, in addition to its other remedies, ExamOne may deduct from the Contractor's fees the cost to replace the equipment.

### 5. CONTRACTOR'S RESPONSIBILITIES

It is the Contractor's responsibility to ensure that each examination Service is performed and/or completed in such a manner that the collected data and specimens are deemed as satisfactory and acceptable by the Client. ExamOne will provide Contractor with applicable Client manuals to enable Contractor to meet the above requirements. Expenses or Client charge-backs incurred by ExamOne as a result of substandard or unacceptable performance by the Contractor may result in a deduction from the Contractor's fees. Contractor agrees to provide the Services in accordance with guidelines, policies and procedures (i.e. documentation requirements) as may be established by, and provided to Contractor by, ExamOne or Clients of ExamOne from time to time. Notwithstanding the foregoing, Contractor is responsible for controlling the manner in which it performs the Services hereunder provided that Contractor meets the requirements set forth above.

### 6. INDEPENDENT CONTRACTOR

Contractor agrees that Contractor's and any Delegates' association with ExamOne shall be only as an independent contractor and not as an agent, representative or employee. Contractor understands and agrees that the relationship established herein is that of Principal-Contractor and not Employer-Employee, and neither Contractor nor any Delegate is covered by ExamOne's worker's compensation insurance, unemployment insurance or any benefit programs. Contractor shall be solely responsible for providing such insurances for any person acting as an employee of Contractor. Neither Contractor nor any of its Delegates are entitled to any employment rights or benefits available to ExamOne employees. Contractor shall be responsible for payment of all taxes associated with its performance of the services hereunder.

### 7. TERMINATION

Either party may terminate this agreement at any time by providing the other party with no less than thirty (30) days written notice of their intent to so terminate. Notwithstanding the foregoing, ExamOne may terminate this Agreement, including any previously assigned but not performed work, for cause on one (1) day's notice in the event that Contractor engages in any act or omission that creates physical or emotional harm, or violates any law, with respect to providing services to applicants examined by Contractor.

### 8. PRIVACY AND CONFIDENTIALITY

Contractor agrees to maintain and abide by all applicable privacy and confidentiality laws and regulations as they apply to proprietary information and "Personal Information" obtained in the performance of the Services. Personal Information includes, but is not limited to, medical information and any information that identifies, relates to, describes, or is capable of being associated with, a particular individual, including, but not limited to, his or her name, signature, social security number, physical characteristics or description, address, telephone number, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information. Contractor agrees to hold in complete confidence any and all information received on behalf of ExamOne, its Clients or insurance applicants. Contractor agrees to abide by the Fair Credit Reporting Act and all other similar federal and state laws and regulations that ExamOne is required to comply with in performing the Services. In addition to the foregoing, Contractor agrees to adopt, implement and maintain throughout the term of this Agreement administrative, physical and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the proprietary and Personal Information that it receives and maintains on behalf of ExamOne, and Contractor shall require its sub-contractors or agents (if any) to implement safeguards that are equally reasonable and appropriate.

Contractor agrees to forward all paperwork, forms, records and information prepared or obtained by Contractor or any Delegate in the provision of the Services to ExamOne immediately upon completion of the Services. Contractor and any Delegates shall not retain or otherwise provide copies of, release or otherwise disclose Personal Information collected in the provision of the Services to insurance agents or others except as expressly authorized in writing by ExamOne. The provisions of this paragraph 8 shall survive termination of this Agreement. Upon Contractor's disposition of any proprietary and Personal Information that it obtains or creates in performing the Services, Contractor agrees that such disposition shall be in a manner that renders the information unreadable, through shredding of paper containing such information and through appropriate physical or electronic destruction of any such information maintained on electronic media of any type.

**9.   HIPAA COMPLIANCE – BUSINESS ASSOCIATE OBLIGATIONS**

Certain of the Services provided by Contractor are subject to compliance with the Privacy and Security requirements of the Health Insurance and Portability Act of 1996 ("HIPAA"). With regard to such Services that are subject to HIPAA, Contractor agrees to the following additional terms related to confidentiality:

**A.   AUTHORIZED USES OR DISCLOSURES OF PHI.** Contractor is providing certain services to ExamOne, and in providing such services (the "BA Services") Contractor is acting as a downstream Business Associate, as that term is defined by HIPAA, of ExamOne. The BA Services covered by this Section 9 are Services provided to patients of Quest Diagnostics, with whom ExamOne has a Business Associate agreement, as well as Services provided to ExamOne for applicants for long term care, health and disability insurance policies. The terms of this Section apply solely with regard to such BA Services, and do not apply to any other data Contractor has access to or receives from Quest Diagnostics or ExamOne.

**B.   DEFINITIONS.** "HIPAA" means the Health Insurance Portability and Accountability Act of 1996. The terms *"Privacy Regulations"* and *"Security Regulations"* refer to all of the regulations in effect from time to time issued pursuant to HIPAA and applicable to (respectively) the privacy or the security of Individually Identifiable Health Information (found at Title 45, Code of Federal Regulations (CFR) Parts 160, 162, and 164). All other Capitalized terms used but not otherwise defined in this Section shall have the same meaning as defined in Title 45 of the Code of Federal Regulations applicable to HIPAA or any successor law.

**C.   HIPAA REGULATIONS COMPLIANCE.** Effective as of February 17, 2010, in accordance with the requirements set forth in the HITECH Act provisions (Sections 13400 et seq) of the American Recovery and Reinvestment Act of 2009, the Privacy and Security Regulations of HIPAA, as they may be amended from time to time, apply directly to Contractor, in its role as a downstream Business Associate of ExamOne. All other terms of this Agreement are effective as of the date set forth in the initial paragraph of this Agreement.

**D.   DUTIES RELATED TO PHI AND OTHER OBLIGATIONS**

i. Disclosure. In accordance with the purposes of this Section, ExamOne will disclose to Contractor, or Contractor will receive on behalf of ExamOne, and Contractor will use, disclose, and/or create Protected Health Information (hereinafter called "PHI") only on behalf of ExamOne for Treatment, Payment, or Health Care Operations purposes of ExamOne for the specific purposes set forth in this Agreement.

ii. Use.

a) Contractor agrees not to use or further disclose any PHI or Individually Identifiable Health Information received from ExamOne, or created by Contractor, other than as permitted by this Agreement or as permitted or required by applicable law or regulations.

b.) Contractor shall only use or disclose the Minimum Necessary PHI to accomplish the intended purpose of its uses or disclosures.

iii. Access. Contractor shall:

a. forward to ExamOne any requests it receives from an Individual where the Individual requests access to the Individual's PHI held by Contractor, which request shall be responded to by ExamOne or Quest Diagnostics;

b. maintain a record of Accountable Disclosures of PHI as required for ExamOne or Quest Diagnostics to make an accounting to the Individual as required by the Privacy Regulations; and

c. make its internal practices, books, and records relating to the use and disclosure of an Individual's PHI available to the Secretary of Health and Human Services to the extent required for determining compliance with this Agreement, the Privacy Regulations, and the Security Regulations.

iv. **Reporting.** Contractor shall report to ExamOne any use or disclosure of an Individual's PHI not provided for by this Agreement or any Security Incident of which Contractor becomes aware.

v. **Subcontractors.** In the event Contractor contracts with any sub-contractors or agents and provides them with any PHI or Individually Identifiable Health Information, Contractor shall include provisions in its agreements whereby the sub-contractor or agent agrees to the same restrictions and conditions that apply to Contractor in this Agreement with respect to the Individuals' PHI and Individually Identifiable Health Information.

**E. TERMINATION.** ExamOne may terminate this Agreement if it determines that Contractor has violated a material term of these HIPAA requirements or other applicable law after delivery of the notice of the specific violation(s) to Contractor or, in lieu of termination, ExamOne may report the breach to the Secretary. Upon termination of this Agreement for any reason, Contractor and its sub-contractors or agents agree to return or to destroy all PHI and retain no copies unless Contractor determines that returning or destroying the PHI is infeasible, where ExamOne agrees to same, based on Contractor's providing ExamOne the reasons why the return or destruction is infeasible, in which case Contractor shall extend the protections of this Agreement to the PHI that Contractor maintains and limit any further uses and disclosures of the PHI to the purposes that make the return or destruction of the PHI not feasible.

**F. NOTIFICATION IN CASE OF BREACH.**

(i) In the case of the unauthorized acquisition, access, use or disclosure of PHI, constituting a "breach" (per Section 13400 of the HITECH Act, and as further defined in the Privacy Regulations at 45 CFR 164.400 et seq, a "breach" means the acquisition, access, use, or disclosure of PHI in a manner not permitted under the HIPAA Privacy Regulations, which compromises the security or privacy of such information, posing a significant risk of financial, reputational, or other harm to the individual,) following the discovery of any such breach Contractor shall promptly (no later than 10 days after determining that a breach has occurred) notify the ExamOne Manager of Quality Assurance and the Quest Diagnostics Privacy Officer that a breach has occurred. Such notifications shall be sent via e-mail to the Quest Diagnostics Privacy officer at Privacy@QuestDiagnostics.com and via a phone call to the ExamOne Manager of Quality Assurance. The initial notification shall identify the nature of the breach, as required by the Privacy Regulations, including without limitation: a description of what happened; the date of the breach; and specific elements of PHI that were subject to the breach.

(ii) Contractor shall work with ExamOne, promptly and as reasonably required by ExamOne, and: identify all individuals whose PHI has been breached; ensure that the cause giving rise to the breach has been remediated; and gather any other information reasonably required to comply with the Privacy Regulations and to address the breach.

**G. SECURITY.** Contractor shall implement appropriate safeguards to prevent the use or disclosure of an Individual's PHI other than as provided for by this Section. Contractor shall adopt, implement and maintain throughout the term of this Agreement administrative, physical and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the PHI that it receives and maintains on behalf of ExamOne and Contractor shall require its sub-contractors or agents (if any) to implement safeguards that are equally reasonable and appropriate.

**H. BENEFIT.** This Agreement is not intended to create any right in or obligations to any person or entity that is not a party to this Agreement, including Individuals.

**I. MITIGATION.** Contractor shall mitigate, to the extent practicable, any harmful effect that is known to Contractor of a use or disclosure of PHI by Contractor in violation of the requirements of this Agreement.

**J. AMENDMENT.** ExamOne and Contractor agree to amend these HIPAA Compliance terms in such manner as is necessary for Contractor and ExamOne to comply with any amendment of 1) HIPAA or other applicable law, or 2) the Privacy Regulations, the Security Regulations, or other applicable regulations. If the parties are unable to agree on an amendment within 30 days of notice from ExamOne to Contractor of the requirement to amend the Agreement, ExamOne may, at its option, terminate this Agreement.

K. **SURVIVAL.** To the extent Contractor and/or its subcontractors and agents retain any PHI after the termination of this Agreement, Contractor' obligations under Subsections C and E shall survive termination of this Agreement.

L. **INTERPRETATION.** Any ambiguity in this Agreement shall be resolved in favor of a meaning that permits ExamOne to comply with the Privacy Regulations and the Security Regulations.

### 10. EXCLUSIVITY OF SERVICE

This Agreement is not exclusive to either party. Contractor represents and warrants that Contractor is independently engaged and available to provide Services to others. Contractor maintains an office or principal place of business at the address listed below, is not solely engaged to provide services to ExamOne, and acknowledges and understands that Contractor is not precluded from providing services to competitors of ExamOne.

### 11. SCHEDULING OF SERVICES

Contractor is responsible to set Contractor's working schedule and hours, and the working schedule and hours of any Delegate. Contractor may decline any referrals or request for Services from ExamOne, but shall perform any Services undertaken in a timely and professional manner in accordance with the requirements and time schedule required by the Client requesting the Service, such that the resultant medical data, specimens and other information obtained are acceptable to the Client or other entity requiring the information.

In order to allow ExamOne to provide Contractor with a greater number of referrals for Service, Contractor may, from time to time and upon request of ExamOne, provide ExamOne with a schedule of availability, to allow ExamOne to schedule Services within these time frames ("Centralized Scheduling"). Contractor may decline to perform any Services scheduled by ExamOne upon timely notice to ExamOne. Centralized Scheduling, if undertaken, shall be construed solely as a convenience to Contractor and Client and not as an attempt by ExamOne to control the schedule or performance of Contractor or any Delegate.

### 12. CONDUCT OF BUSINESS

Contractor shall be solely responsible for the profit or loss incurred through the operation of Contractor's business, with no guarantee or representation from ExamOne regarding either the volume of Services Contractor may be requested to perform under this Agreement or the profitability of the Contractor's business.

Contractor shall be permitted to delegate the performance of the Services to any other qualified professional so long as such other individual has submitted sufficient documentation of his/her professional qualifications and background to Contractor, such documentation has been provided to ExamOne in advance of any delegation of Services by Contractor, and Delegate has been approved to provide Services by ExamOne. Any such Delegate of Contractor shall meet the specific requirements as defined in Section 13 of this Agreement. Any Delegate performing services shall be required to sign an agreement wherein the Delegate agrees to the requirements of this Agreement related to Privacy and Confidentiality, HIPAA Compliance and Qualifications and Documentations.

In connection with the performance of the Services, Contractor agrees that neither Contractor nor any Delegate will at any time give medical advice or opinions of any kind or description to insurance agents or applicants or any other third party.

ExamOne makes no guarantees to Contractor regarding the quantity, type or characteristics of requests for Services, if any, that may be directed by ExamOne to Contractor.

### 13. QUALIFICATIONS AND DOCUMENTATION

The provisions of this Section 13 apply to Contractor and to any Delegate performing Services pursuant to this Agreement.

The parties acknowledge that certain professional skills, training and qualification are required in order to perform the Services contemplated herein. Contractor agrees to provide ExamOne with copies of certifications, professional licenses, training documentation and other information reasonably required by ExamOne to document and assure that Contractor and any Delegates are, and remain, skilled and qualified to perform the Services. Contractor further affirms that neither Contractor nor any Delegate engaged in the performance of the Services is a licensed insurance agent.

Pursuant to the Violent Crime Control and Law Enforcement Act of 1994, 18 U.S.C. § 1033(e), an individual may not engage in the business of insurance if the individual has been convicted of a felony involving dishonesty or

breach of trust, unless the individual has the written consent of an insurance regulatory official authorized to regulate the insurer. Contractor hereby affirms that neither Contractor nor any Delegate engaged in the performance of the Services has ever been convicted of a felony involving dishonesty or breach of trust.

Contractor agrees that prior to providing any Services under this Agreement, and from time to time as requested by ExamOne, Contractor and each Delegate will authorize and submit to a criminal record background check in a form to be determined by ExamOne, and agrees that ExamOne may, based on the results of the criminal record background check, determine in its sole and complete discretion whether to initiate or continue to maintain the business relationship contemplated herein or to terminate this Agreement.

## 14. MISCELLANEOUS

This Agreement constitutes the entire agreement of the parties regarding the subject matter hereof and supersedes all prior agreements or understandings between the parties. It may not be amended or modified except by a writing signed by authorized representatives of the parties. Contractor may not assign or otherwise transfer any of its rights and obligations under this Agreement to any other person or entity without first obtaining the written consent of ExamOne.

## 15. NOTICES

Any notices required under this agreement shall be provided in writing. Notices to ExamOne shall be hand delivered to the branch manager of the local branch office or sent via Certified Mail Return, Receipt Requested, or FedEx or equivalent nationally recognized courier service. Notices to Contractor shall be delivered to the following address:

**Contractor:**
Name:     MARIA B. VECCHIO
Address:  [redacted]

Phone Number: [redacted]
Fax Number:

Contractor                                                  ExamOne World Wide, Inc.

By: *Maria B Vecchio*                                       By: [signature]
Date: 11/29/13                                              Date: 12.17.13

ExamOne World Wide, Inc.
10101 Renner Boulevard
Lenexa, Kansas 66219-9752
(913) 888-1770

ExamOne to Paramed Examiner Indepent Contractor Agreement - with BA Terms 08-41-12 (twj) Form 4

Nov 29 13 05:08p    Mary Fennell                                    17183700965              p.9

## Attachment A
## Fee Schedule

**Office:** Name: EO - NYC 708 3RD AVENUE           Number: 200
Branch Mgr: ANNE CORTEZ

**Contractor:** Name: MARIA B. VECCHIO
Company:
Address:
SSN/EIN:

Contractor Code: 67956         Rate (overridden by flat fees below): 38 %

☐ Contractor pay should include kit and handling costs
☐ Bulk Biller

### Paramedical Services

| # | Service | | # | Service | | # | Service | |
|---|---|---|---|---|---|---|---|---|
| 101 | Para Exam & UA | | 171 | LTC History- Medical Questions | | 297 | Document Handling | |
| 102 | Phys Msmt & UA | | 180 | Hourly Tech. Charge | | 298 | Document Handling (18+pages) | |
| 103 | Para Exam (w/o UA) | | 197 | Phys Meas, DBS, EKG & UA | | 299 | HIV Consent Form | |
| 105 | Urine Recheck | | 202 | Physical Measurements | | 317 | Cancellation at the door | |
| 106 | Para & EKG | | 204 | EKG | | 351 | Older Age Supple w/o services | |
| 107 | Urine Collection | | 206 | Blood Pressure Recheck | | 352 | Older Age Supplement/Peak Flow | |
| 109 | Para Exam, EKG, UA | | 207 | 3 BP readings, 2 cons days | | 363 | LTC Older Age Supplement | |
| 110 | Para Exam, Saliva, No UA | | 208 | Questionnaire | | 358 | Peak Flow | |
| 113 | Para, Blood, No UA | | 209 | Supplement Form | | 360 | Clock & Activities only | |
| 114 | Para Exam, Blood, UA | | 210 | Para Exam, Saliva & UA | | 362 | Short Form Exam, Bld, EKG,UA | |
| 115 | Phys Msmt, Blood,EKG UA | | 211 | Allstate DWR-Timed Get Up & Go | | 363 | Short Form, No UA | |
| 116 503 | Phys Msmt, Blood, UA | | 212 | Timed Vital Capacity | | 365 | Mobility Assessment | |
| 117 | Phys Msmt,DBS, UA | | 213 | LTC Delayed Word Recall | | 366 | Short Form Exam,DBS,EKG,UA | |
| 119 | Blood, EKG, UA | | 215 | LTC Face to Face, Blood, UA | | 368 | Phy Msmt,Bld,EKG,UA & Mobility | |
| 120 | Phys Msmt, Saliva, No UA | | 216 | LTC, Para, Blood, UA | | 369 | Para, blood, UA & Mobility | |
| 122 | Para Exam, Blood, EKG, UA | | 217 | LTC Face to Face, Blood, UA, EKG | | 370 | Para, bld, EKG, UA & Mobility | |
| 123 | Short Form Exam, Blood, UA | | 220 | Phys Msmt,Saliva, UA | | 371 | Blood Draw, BP, UA | |
| 124 | Short Form Exam, EKG, UA | | 221 | Personal Statement | | 373 | Clock/Activities w/services | |
| 125 | Short Form Exam | | 222 | Audiogram | | 374 | Clock -- take form with you | |
| 127 | Short Form Exam, DBS & UA | | 235 | Weight Recheck | | 375 | Activities Questionnaire | |
| 139 | Saliva Collection no/ua | | 236 | LTC Mini Mental State | | 382 | Applicant Signature Alone | |
| 142 | CBC only | | 240 | Saliva Collection, UA | | 384 | Short Form Exam, Saliva, UA | |
| 143 | Phys Meas, EKG | | 243 | 2 Urines 2 Different days | | 385 | Short Form exam, Saliva | |
| 160 | Blood Draw | | 244 | Hair Sample | | 391 | Para Exam, UA & Mobility | |
| 161 | Blood Draw w/ No UA | | 245 | Drug Screen, UA | | 396 | Phys Msmt, UA & Mobility | |
| 163 | Blood Draw Repeat | | 246 | 24 Hour Urine Specimen | | 397 | Phys Msmt, bld, UA & Mobility | |
| 165 | DBS, UA | | 263 | Short Form & Mini | | 398 | Phys Msmt, EKG & UA | |
| 166 | Para Exam, DBS, UA | | 267 | DBS No Urine | | 408 | Para Exam,EKG, Saliva | |
| 167 | Para Exam, DBS, EKG, UA | | 269 | HIPAA Form | | 422 | Blood Pressure | |
| 168 | DBS, EKG, UA | | 270 | Para Exam, EKG & Mini | | | | |
| 170 | LTC face to face, Para | | 285 | No Show (if billable) | | | | |

QUEST000112

## MD / Clinic Fees

| Code | Description | | Code | Description | | Code | Description |
|---|---|---|---|---|---|---|---|
| 100 | Medical Cancel | | 162 | MD, EKG, Blood & Mobility Assessment | | 274 | No Show MD |
| 125 | MD & EKG no UA | | 172 | Second MD Exam | | 278 | MD & X-ray 2 View |
| 126 | MD & Blood w/UA | | 176 | MD, Blood, Treadmill no UA | | 340 | MD Exam & Treadmill EKG |
| 130 | MD, EKG, Blood w/UA or no UA | | 179 | MD Exam & DBS | | 364 | MD Exam, Blood, UA & Mobility Assessment |
| 131 | MD & Urine | | 182 | MD Exam, DBS & EKG | | 408 | MD Exam, Blood, UA & X-ray |
| 132 | MD Exam no UA | | 183 | MD Exam & LTC | | | |
| 133 | MD Blood no UA | | 218 | LTC F2F, MD Exam, EKG, Blood & UA | | 409 | MD Exam, EKG, UA & X-ray |
| 145 | MD Exam w/Saliva | | 232 | Heart Chart | | 416 | MD Exam, Treadmill, X-ray & UA |
| 155 | Blood Pressure by MD | | 238 | Treadmill EKG | | 419 | MD Exam, Blood, EKG, X-ray & UA |
| 156 | DBS by MD | | 241 | Clinic Blood | | 421 | MD Exam, Blood, Treadmill, X-ray & UA |
| 157 | EKG by MD | | 271 | X-ray 1 View | | | |
| 158 | EKG & Saliva by MD | | 272 | X-ray 2 View | | | |

☐ Clinic
☐ MD Mobile
☐ MD Non-mobile
☐ No set fees

## Health Fairs and Drug Testing

| Code | Description | | Code | Description | | Code | Description |
|---|---|---|---|---|---|---|---|
| 716 | BAT (mobile) 7 am- 7 pm | | 725 | Hair (mobile) 7 pm – 7 am | | 742 | BAT – Emergency |
| 717 | BAT (mobile) 7 pm- 7 am | | 726 | Hair (in-office) | | 743 | Urine – Emergency |
| 718 | BAT (in-office) | | 728 | Emergency Services | | 744 | Blood – Quest Clinical Trials |
| 720 | Urine (mobile) 7 am- 7 pm | | 733 | Cancellation < 24 hrs notice | | 745 | Urine – Quest Clinical Trials |
| 721 | Urine (mobile) 7 pm- 7 am | | 735 | Saliva (mobile) 7 am – 7 pm | | | BFW Event Staffing – Hourly |
| 722 | Urine (in-office) | | 736 | Saliva (mobile) 7 pm – 7 am | | | BFW Non-medical Admin Support – Hourly |
| 724 | Hair (mobile) 7 am- 7 pm | | 737 | Saliva (in-office) | | | |

☐ Health fairs only
☐ No set fees