# EXHIBIT 7

Quest Diagnostics Incorporated
*Talent Acquisition Center*
10101 Renner Blvd
Lenexa, KS 66219
www.questdiagnostics.com


Quest Diagnostics

June 26, 2014



Dear Maria:

Congratulations! ExamOne LLC is pleased to extend a conditional offer of employment to you for the *part time* position of Rep, Mobile Examiner - P/T within the New York NY Enterprise department of the ExamOne Project Enterprise Business Unit.

Your official start date will be July 11th, 2014. In this position, you will be reporting to Nicole DeNeef, Branch Manager.

This offer of employment is expressly contingent upon successfully passing the drug screen and background investigation. This letter constitutes an offer of employment at will, as ExamOne LLC reserves the right to withdraw this offer at any time in its sole discretion.

## BASE SALARY

Your salary is based on fee schedule 7, payable on a biweekly basis. When you are not performing mobile exams, but are working in the office your base rate of pay will be $17.69 per hour, payable on a biweekly basis.

Your overtime rate of pay, if applicable, will be $26.54 per hour, payable on a biweekly basis.

Your initial pay day, for which your wages may be pro-rated based on your effective date, will be 7/18/2014 and you will be paid every other Friday thereafter.

Pursuant to New York Labor Law Section 195(1), this offer letter coupled with your signature below will serve as your Notice and Acknowledgement of Wage Rate and Designated Payday, Hourly Rate Plus Overtime. In accordance therewith, I hereby certify that I have read the information contained in this section and that said information is true and accurate to the best of my knowledge and belief. Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45 of the New York State Penal Law).

## RETIREMENT and INVESTMENT BENEFITS

ExamOne LLC provides you the opportunity to invest in the future through:
- a 401(k) Plan with eligibility for all employees after one month, and, after one year, a fully vested company match of up to 5% of pay and

All employees, including those working on a temporary basis, are eligible to enroll in the 401(k) Plan after satisfying the one-month waiting period.

Revised: 11/05/2009

**OTHER INFORMATION**

In accordance with our policy, this offer is conditioned upon your successful completion of a background check, successfully passing a drug test (that includes a urinalysis) and meeting any other preconditions of employment. Enclosed you will find several items which outline our pre-employment screening process. If you fail to appear for the drug testing within 48 hours of extension of this offer, we will consider you to have withdrawn your application for employment with ExamOne LLC.

Because this is a conditional offer of employment, you should not give notice to your present employer, sell real estate nor incur any other expense associated with acceptance of employment.

On your first day of work, please bring with you documents to establish your identity and authorization to work in the United States, as required by the Immigration Reform and Control Act of 1986. (See the list of acceptable documents on the back of the I-9 form in your New Hire Packet). Please note that failure to provide the proper documentation within three days of your start date may affect your continued employment with ExamOne LLC.

Your pay will automatically be deposited in your personal bank account by noon on payday. This service is available for both bank and credit union accounts. For your convenience you have the ability to distribute your pay to no more than four different accounts. ExamOne LLC requires direct deposit to pay all employees. For employees who are unable to arrange direct deposit, payment by Pay-card is available.

All employees are required to abide by the policies of ExamOne LLC, as they are modified from time to time. Copies of the Company's Human Resources, Compliance and other policies, as well as summary plan descriptions, will be made available to you during NEOP and throughout the course of your employment. By accepting this offer, you agree to abide by all current and future Company policies, and agree that the only binding contract between you and the Company is the Employee Agreement contained on the Company's application. Each respective plan is governed by its terms and may not be amended orally or in writing for any individual.

*I shall not use or disclose (directly or indirectly) any Confidential Information (whether or not developed by me) at any time or in any manner, except as required in the course of employment with the Company. I shall not disclose to the Company or use on behalf of the Company any Confidential Information or trade secrets obtained from any former employer or any other third party. All documents and things embodying Confidential Information, whether prepared by me or otherwise coming into my possession are the exclusive property of the Company and must not be removed from any of its premises except as required in the course of employment with the Company. I shall promptly return all such documents and things to the Company upon the request of the Company, and on any termination of my employment with the Company. I will not remove any Confidential Information such as documents or things or retain it in whole or part in any manner. I shall ensure that any export of Confidential Information undertaken by me or with my knowledge or approval shall be in compliance with all applicable laws. In addition, I understand that I may never utilize or disclose medical information of patients for any purpose other than in the course of my employment with the Company.*

*I acknowledge that the Company's competitive position depends to a great extent on its relationship with its clients and that as a function of my employment, I may have communications with the Company's clients. I agree that during my employment and for one (1) year following any termination of my employment, whether I voluntarily terminate employment or whether the Company terminates my employment, I will not directly or indirectly solicit any client of the Company with whom I have had any service or sales responsibility, or any other actual contact, during the one (1) year period prior to the termination. I also agree that during my employment and for one (1) year following any termination of my employment, whether I voluntarily terminate employment or whether the Company terminates my employment, I will not directly or indirectly solicit any employee of the Company to work for me or any other person or company.*

*I understand and acknowledge that, if hired by ExamOne LLC, I may terminate my employment at any time and for any reason, with appropriate notice to the Company. I also understand that the Company may terminate my employment at any time and for any reason.*

Revised: 11/05/2009

*The obligations under the Agreement do not end on the last day of my employment. The obligations continue during my employment and following any termination of my employment. I understand that this Agreement is binding upon me and upon anyone to whom my rights are assigned.*

Please be reminded that ExamOne LLC does not want you to use nor bring with you to ExamOne LLC at any time any confidential information, trade secrets and/or proprietary information of any of your former employers. You are also reminded to adhere to any agreements you may have with former employers.

Maria, I am enthusiastic about your ability to make a tremendous contribution to ExamOne LLC, as we become the undisputed leader in diagnostic testing, information and services in the eyes of our customers and employees.

**To accept this offer, please sign and date the bottom of this page and return the entire Offer Letter to ExamOne LLC as instructed in your Welcome Packet.**

If you have any questions, please do not hesitate to call me at 913.577.1910.

Sincerely,

*Christine Wills*

Christine Wills
Staffing Specialist

---

**General Statement Regarding Overtime Pay in New York:**
Almost all employees in New York must be paid overtime wages of 1 ½ times their regular rate of pay for all hours worked over 40 hours per workweek. A very limited number of specific categories of employees are covered by overtime at a lower overtime rate or not at all.

---

NOTE: I agree and accept the terms and conditions of this conditional offer letter as stated above. The information that I provided on the Applicant Agreement is true to the best of my knowledge. I understand that any misrepresentation or omission of any fact on my application, resume or any other materials submitted to the company while applying or during my interviews will result in denial of employment or discharge, regardless of when discovered.

I hereby acknowledge that I have been notified of my wage rate, overtime rate and designated pay day on the date set forth below.

_____          6/27/14
Maria Vecchio                                    Date

Encl.:   Please see the following attachment(s):

Quest Diagnostics Incorporated
*Talent Acquisition Center*
10101 Renner Blvd
Lenexa, KS 66219
www.questdiagnostics.com


Quest
Diagnostics

June 26, 2014

Maria Vecchio
193 Lewiston St
Staten Island, NY 10314

Dear Maria:

This letter is in follow-up to your offer letter dated June 26, 2014. As stated in the offer letter, this offer of employment is expressly contingent upon successful passing of a drug screen and background investigation. As of today, the [drug screen and/or background check] are not complete. However, we are prepared to allow you to begin work, provided you understand and accept that your employment may be terminated if the results of one or more of these conditions are found unacceptable. If you understand and agree, please acknowledge your acceptance by returning a signed copy of this letter. If you choose not to agree, then you will not be able to begin work until these conditions are complete.

Sincerely,

*Christine Wills*

Christine Wills
Staffing Specialist

ACCEPTED:

_____        6/27/14
SIGNATURE                       Date

Revision: 8/28/2009

QUEST003154