# EXHIBIT 75

# DECLARATION OF MELODY BROSNAN

I, Melody Brosnan, based on my personal knowledge, state as follows:

1. I was employed by ExamOne LLC ("ExamOne") as a part-time Mobile Examiner from around September 2014 to May 2015. I was based out of ExamOne's office in Overland Park, Kansas, and my Branch Manager was Angela Crane.

2. As a part-time employee of ExamOne, I could only work up to 29 hours in a workweek. And I usually worked close to 29 hours per week during my employment. My work hours would fluctuate, and I had the flexibility to decide when and where I'd work.

3. During my employment, I did mobile medical exams and worked at health fairs. When I worked at health fairs, I was paid by the hour. When I did mobile medical exams, I was paid a set fee for each exam, which varied depending on the services the patient or applicant needed. For mobile medical exams, I was also paid by the hour for any pre- and post-exam work I had to do. So I was paid by the hour while I contacted applicants to confirm their appointments, printed paperwork, spun blood, completed paperwork, scanned and uploaded paperwork, etc.

4. While I was employed by ExamOne, I recorded my hours worked by calling a 1-800 number to clock in and out. I always clocked in whenever I was doing any work for ExamOne. I recorded everything because I'm not going to work for free. For example, I clocked in whenever I was traveling for work, doing exams, preparing for exams, working at health fairs, and completing the post-exam paperwork. I never did any work "off the clock." And no one at ExamOne ever told me not to record my work time.

5. In May 2015, I chose to resign from ExamOne and enter into an independent contractor agreement with the company. Since May 2015, I've been performing services for ExamOne as an independent contractor and not as an employee. My contract with ExamOne is between ExamOne and a company that I started called ProMedEx LLC.

6. My company, ProMedEx, performs mobile medical exams for ExamOne and is paid a percentage of the fee that ExamOne bills and collects from its clients for each completed exam. This percentage has increased over time as I've negotiated changes to my contract with ExamOne. I believe I originally received 39% of the fee ExamOne collected for each exam, and now I receive between 49% or 50% and 60% of the collected fee (depending on the nature of the exam). I know other contractors for ExamOne and it's my understanding that each contractor negotiates his or her own contract. As a result, I know that other contractors have different fee arrangements with ExamOne (e.g., they receive a different percentage of the collected exam fee).

7. I personally perform some of the mobile medical exams through my company. But I also employ other examiners through ProMedEx to perform exams for ExamOne. I've also used contractors to perform these exams. Currently, I employ three part-time examiners through ProMedEx. So these ProMedEx employees, in addition to myself, perform mobile medical exams for ExamOne. I pay the ProMedEx employees $17.00 per completed exam and provide

1

them with any supplies they need. I also may give these employees a bonus depending on how far they have to travel for an exam. Because ProMedEx receives more than $17.00 from ExamOne for each completed exam, I have the opportunity to make a profit by using ProMedEx employees (or contractors) to perform the exams. And I in fact make a profit when I have ProMedEx employees complete the exams.

8. Through ProMedEx, I am not required to pick up any exams for ExamOne. Instead, I decide which exams my company will perform and whether I will perform the exams or use an employee or contractor of ProMedEx to do so. Through ProMedEx, I can also perform exams and other work for different companies.

9. Although I used to record all of my hours worked for ExamOne while I was an employee, I stopped recording my hours worked when I entered into an independent contractor agreement with ExamOne.

10. I enjoy performing services for ExamOne as an independent contractor. I have the opportunity to make more money through ProMedEx and have complete flexibility in running my business.

11. I have personal knowledge of the facts contained in this declaration, and if called upon I could and would testify to the truth of those facts. I agreed to speak with the attorneys representing ExamOne voluntarily. No one coerced me to sign this declaration. Before speaking with me, the attorneys for ExamOne explained to me that I did not need to speak with them, and that I could stop the discussion at any time. The attorneys for ExamOne informed me that my employment with ExamOne would not be affected regardless of what I told them, or if I decided I did not want to speak with them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2017 in Pleasant Hill, Missouri.

*Melody Brosnan*
Melody Brosnan

2