UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
MARIA VECCHIO, individually, and : Civil Case No.:1:16-cv-05165
on behalf of all others similarly- :
situated, :
 :
                Plaintiff, : **ORDER**
 :
   - against - :
 :
QUEST DIAGNOSTICS INC., :
EXAMONE WORLD WIDE, INC., and :
EXAMONE LLC, :
 :
                Defendants. :
 :
---------------------------------------- x

     By a letter dated April 8, 2020, Defendants proposed a revised schedule that would allow them additional time to file their reply memoranda of law in support of their motion to decertify and motion for partial summary judgment. Defendants also proposed a page-limit extension to Defendants' reply in support of its motion to decertify. Plaintiffs have agreed to these requests. Accordingly, it is hereby ORDERED:

     1.    Defendants' reply memoranda of law in support of their motion to decertify and motion for partial summary judgment shall be filed by May 4, 2020.

     2.    Defendants' request for an additional five (5) pages for their reply memoranda of law in support of their motion to decertify is GRANTED. Defendants' reply shall not exceed fifteen (15) pages.

                                                    SO ORDERED:

Dated: New York, New York
       April 8, 2020                            EDGARDO RAMOS
                                                         UNITED STATES DISTRICT JUDGE