UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA VECCHIO, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     -against-<br><br>QUEST DIAGNOSTICS INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br><br>                              Defendants. | Civil Action No. 1:16-cv-05165-ER-KNF<br><br>The Honorable Judge Edgardo Ramos<br>Magistrate Judge Kevin Nathaniel Fox |

**DECLARATION OF ARTHUR J. ROONEY**

Pursuant to 28 U.S.C. § 1746, I, Arthur J. Rooney, do hereby declare as follows:

1.       I am a partner with the law firm Baker & McKenzie LLP, attorneys for Defendants Quest Diagnostics Inc., ExamOne World Wide, Inc., and ExamOne LLC (collectively "Defendants") in the above-captioned case. I have personal knowledge of the statements set forth herein, except where otherwise indicated. I make this Declaration in support of Defendants' Reply in Support of Their Motion for Decertification, which is filed contemporaneously herewith.

1.       Attached hereto as **Exhibit 1** is a true and correct copy of portions of the transcript of the August 2, 2019 deposition of Danielle Dunbar and the word index to the transcript. In accordance with the Individual Rules of this Court, an electronic text-searchable courtesy copy of the cited portions of the transcript and word index will be provided to the Court on a CD.

2.       Attached hereto as **Exhibit 2** is a true and correct copy of supplemental portions of the transcript of the January 15, 2020 deposition of Dr. Plancich and the word index to the transcript. In accordance with the Individual Rules of this Court, an electronic text-searchable

1

courtesy copy of the cited portions of the transcript and word index will be provided to the Court on a CD.

3. Attached hereto as **Exhibit 3** is a true and correct copy of supplemental rebuttal declaration of Dr. Joseph A. Krock, dated January 29, 2020. A copy of this document was produced during expert discovery by Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2020, in Chicago, Illinois.

Arthur J. Rooney

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, a copy of the foregoing *Declaration of Arthur J. Rooney* was filed with the Clerk of Court and served on all counsel of record via the Court's electronic case filing (CM/ECF) system.

/s/ Arthur J. Rooney