UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, *individually and on be-half of all others similarly situated*,

Plaintiff,

-against-

QUEST DIAGNOSTICS INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,

Defendants.

**ORDER**

16 Civ. 5165 (ER)
19 Civ. 5194 (ER)

Maria Vecchio filed unopposed motions for approval conditionally certifying the class and collective and preliminary approval of the class and collective action settlement on December 10, 2021.  Docs. 3228 (16 Civ. 5165), 40 (19 Civ. 5194).  A conference will be held on August 18, 2022 at 10:30 a.m. by telephone to discuss the motions.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

It is SO ORDERED.

Dated:    August 3, 2022
              New York, New York

_____
Edgardo Ramos, U.S.D.J.