UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-

QUEST DIAGNOSTICS INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,

                Defendants.

**ORDER**

16 Civ. 5165 (ER)
19 Civ. 5194 (ER)

      Maria Vecchio filed the Complaint in 16 Civ. 5165 on June 29, 2016. Doc. 1. Vecchio's action in 19 Civ. 5194 was removed from the Supreme Court of the State of New York for the County of New York on June 3, 2019. Doc. 1. Vecchio filed unopposed motions for approval conditionally certifying the class and collective and preliminary approval of the class and collective action settlement on December 10, 2021. Docs. 3228 (16 Civ. 5165), 40 (19 Civ. 5194). The Court held a conference to discuss the motions on August 25, 2022. For the reasons set forth on the record, the motions, Docs. 3228 (16 Civ. 5165), 40 (19 Civ. 5194), are denied without prejudice. Vecchio is directed to submit revised motions in accordance with the Court's instructions on the record no later than September 26, 2022.

      The Clerk of Court is respectfully directed to terminate the motions, Docs. 3228 (16 Civ. 5165), 40 (19 Civ. 5194).

      It is SO ORDERED.

Dated:   August 25, 2022
             New York, New York

                                                     Edgardo Ramos, U.S.D.J.