**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA VECCHIO, individually, and on behalf of all others similarly-situated,<br><br>      Plaintiff,<br>  v.<br><br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br><br>      Defendants. | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Civil Action No.: 1:16-cv-05165-ER-KNF |
| MARIA VECCHIO, individually, and on behalf of all others similarly-situated,<br>      Plaintiff,<br><br>  v.<br><br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br><br>      Defendants. | Civil Action No.: 1:19-cv-05194-ER |

  Pursuant to the Court's Individual Practices (Section 3) and the ECF Rules & Instructions (Section 6), Plaintiff moves the Court to issue an administrative order authorizing the sealing of the Declaration of Salvatore C. Badala in support of the Motion for Approval of Settlement. This document contains information that Plaintiffs designated "Confidential," and/or "attorney's work product" in this case.

  The basis for Plaintiff's administrative motion is provided in the Declaration of Salvatore C. Badala.

Dated: October 11, 2022

                  *s/ Salvatore C. Badala*
                  Salvatore C. Badala, Esq.
                  NAPOLI SHKOLNIK PLLC
                  400 Broadhollow Road, Suite 305
                  Melville, New York 11747
                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that on October 11, 2022, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

                        */s/ Salvatore C. Badala*