**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA VECCHIO, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br><br>Defendants. | **DECLARATION OF SALVATORE C. BADALA IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL**<br><br>Civil Action No.: 1:16-cv-05165-ER-KNF |
| MARIA VECCHIO, individually, and on behalf of all others similarly-situated,<br>Plaintiff,<br>v.<br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br><br>Defendants. | Civil Action No.: 1:19-cv-05194-ER |

I, Salvatore C. Badala, declare under 28 U.S.C. § 1746 as follows:

1. I am a Partner, and Of Counsel at Napoli Shkolnik PLLC, counsel for Plaintiff.

2. The Declaration of Salvatore C. Badala has attached to it attorney time records and costs that contain information "Confidential," and subject to "Attorney's Work Product."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2022

*/s/ Salvatore C. Badala*
Salvatore C. Badala
