UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| MARIA VECCHIO, individually and on behalf of all others similarly situated, | |
| | Civil Action No. 1:16-cv-05165-ER-KNF |
| Plaintiff, | |
| -against- | The Honorable Judge Edgardo Ramos |
| | Magistrate Judge Kevin Nathaniel Fox |
| QUEST DIAGNOSTICS INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC, | |
| Defendants. | |

-------------------------------------------------------------X

| | |
|---|---|
| MARIA VECCHIO, individually and on behalf of all others similarly situated, | Civil Action No. 1:19-cv-05194-ER-KNF |
| Plaintiff, | |
| -against- | |
| QUEST DIAGNOSTICS INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC, | |
| Defendants. | |

-------------------------------------------------------------X

**NOTICE OF MOTION OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL CONDITIONALLY CERTIFYING THE CLASS AND COLLECTIVE; AND PRELIMINARY APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Salvatore C. Badala and all attached Exhibits thereto; the accompanying Memorandum of Law dated October 11, 2022; and all prior pleadings, Plaintiff's will move this Court before the Honorable Edgardo Ramos, United States District Court Judge in the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 619, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Plaintiff's Unopposed Motion for Approval Conditionally Certifying the Class and Collective; and Preliminary Approval of the Class and Collective Action Settlement .

2

Melville, New York
Dated: October 11, 2022                    Respectfully submitted,


   NAPOLI SHKOLNIK PLLC

*/s/ Salvatore C. Badala*
Salvatore C. Badala (SB 1587)
400 Broadhollow Rd. #305
Melville, New York 11747
Tele: (212) 397-1000
Facsimilie: (646) 843-7603
Email:    sbadala@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, a copy of the foregoing *Notice of Motion* was filed with the Clerk of Court and served on all counsel of record via the Court's electronic case filing (CM/ECF) system.

/s/ Salvatore C. Badala