**NAPOLI**
**SHKOLNIK** PLLC
ATTORNEYS AT LAW

## MEMO ENDORSED

May 16, 2023

VIA ECF
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Vecchio v. Quest Diagnostics, Inc. et al.,* Case No. 1:16-cv-05165-ER-KNF and        *Vecchio v. Quest Diagnostics, Inc. et al.,* Case No. 1:19-cv-05194-ER-KNF**

Dear Judge Ramos:

Counsel for Plaintiffs, Maria Vecchio, et al. ( "Plaintiffs") write this letter to request a two-week extension of the May 17, 2023 deadline to resubmit the revisions to the Amended Settlement Agreement, as outlined by the Court in the April 18, 2023 telephone conference. Plaintiffs and Quest Diagnostics, Inc. et al ("Defendants") continue to confer about the modified the opt-in and opt-out procedures to comply with the FLSA requirements. This morning, the parties participated in another virtual meeting and determined that the settlement documents still require further revisions to ensure consistency within the settlement clauses and other settlement documents. Counsel for Plaintiffs has conferred with Defendants who do not oppose to this extension request. Therefore, Plaintiffs respectfully request that the Court extend the May 17, 2023, deadline until May 31, 2023, so as to enable the parties to engage in additional discussions and finalize the settlement agreement revisions.

Thank you for Your Honor's consideration of this request.

Respectively Submitted,

/s/ *Salvatore C. Badala*
Salvatore C. Badala  (SB 1587)
Napoli Shkolnik PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
Email:SBadala@Napolilaw.com
Tele: 212-397-1000
Fax:  646-843-7603

*Attorney for Plaintiff's*

Plaintiff's request for an extension of time, until May 31, 2023, to resubmit the revisions to the Amended Settlement Agreement is granted.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 17, 2023
New York, New York