UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA VECCHIO, *on behalf of herself and all others similarly situated*,

                 Plaintiff,

– against –

QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,

                 Defendants.

**ORDER**

16-cv-5165 (ER)

Ramos, D.J.:

    Plaintiff filed this FLSA case on June 29, 2016. Doc. 1. On June 2, 2023, the Court issued an order preliminarily approving the proposed settlement in this case and a related case, *Maria Vecchio, individually and on behalf of all others similarly-situated v. Quest Diagnostics, Inc., ExamOne World Wide, Inc., and ExamOne LLC*, No. 19-cv-05194. Doc. 3262. Since then, there has been no activity in either case. Plaintiff is directed to submit an update as to the status of this case and the related case by December 22, 2023. Plaintiff may file the status update on this docket.

    It is SO ORDERED.

Dated:   December 6, 2023
             New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.