# EXHIBIT B

**Exhibit B – Exclusions**

| | |
|---|---|
| 1. | LORI ALLARD |
| 2. | SANDRA PARDOVANY |
| 3. | VINCENT CHIAGOROM ONYEWUOTU |
| 4. | ALICE M SWANSON |
| 5. | DOMONIQUE BROWN |
| 6. | JOSE TORRES HERNANDEZ |
| 7. | ROBIN JOY COULTER |
| 8. | LILLIAN DENISE FANNEY |
| 9. | TONYA SORIA |
| 10. | LYNNE A VALYEAR |
| 11. | POLLYANNA CARTER |