**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA VECCHIO, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Civil Action No.: 1:16-cv-05165-ER-KNF |
| MARIA VECCHIO, individually, and on behalf of all others similarly-situated,<br>Plaintiff,<br>v.<br>QUEST DIAGNOSTICS, INC., EXAMONE WORLD WIDE, INC., and EXAMONE LLC,<br><br>Defendants. | Civil Action No.: 1:19-cv-05194-ER |

As set forth in Plaintiff's motion to file under seal, the following document contains information that Plaintiffs designated "Confidential," and/or "attorney's work product" in this case: the Declaration of Salvatore C. Badala in support of the Plaintiff's Motion to Seal.

Having considered Plaintiff's motion and good cause appearing,

IT IS HEREBY ORDERED that this documents should be filed under seal.

Dated: __6/20/24__,

_____
Hon. Edgardo Ramos
United States District Judge